Appeal, Fourth Circuit, Parish of Jefferson. 185 So.2d 333.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

187 So.2d 442

### NEW AMSTERDAM CASUALTY COMPANY
### v.
### HARTFORD ACCIDENT AND INDEMNITY COMPANY et al.

#### No. 48246.

#### June 21, 1966.

In re: New Amsterdam Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 187 So.2d 134.

Writ refused. On the facts found by the Court of Appeal, the result is correct.